IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CHRISTOPHER LYNN OLIPHANT,**

    Petitioner,

v.                                     Case No. 5:25-cv-100-AW-MAL

**UNITED STATES OF AMERICA,**

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's report and recommendation (ECF No. 8), to which there has been no objection. I conclude the report and recommendation should be approved, and I now adopt it and incorporate it into this order. The clerk will enter a judgment that says, "The § 2241 petition is dismissed without prejudice for failure to prosecute and failure to comply with a court order." The clerk will then close the file.

SO ORDERED on August 11, 2025.

                                             s/ *Allen Winsor*
                                             Chief United States District Judge